RE: 04-04-00720-CR    2004CR1444
    04-04-00721-CR    2004CR2489

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 NOV 30 PM 2:30
KEITH E. HOTTLE, CLERK

TO Whom It May Concern,

I would like to file a complaint of misconduct by the A.D.A. of Court Room 175th. In 2004 Oct 4th I was sentenced to two - ten year terms to T.D.C.J to run concurrent. The Plea Bargain was for probation of 10 yrs on each count of theft. Which was denied by the Judge Mary Roman and sentenced to the two - ten year sentences in T.D.C.J.

I've read in the files that I was sentenced to two-years state jail and 10 yrs to T.D.C.J. Which in fact I never agreed to this plea agreement of state jail time. Which is a clear violation of due process and my rights. Thats a clear violation and a voided agreement. So please advise me or inform me in how I can file my complaint against all persons involved in this fraudulant behavior of Justice.

Sincerely Submitted,
Jerry Castillo Jr.    SID # 563942
                      Jerry Castillo Jr.
                      11-23-2015

Jerry Castillo Jr Sr
SID# 61 3942
B.C.A.D.C.
200 N. Comal
San Antonio TX 78207

1100  08 13 350 2 8 1
SAN ANTONIO TX 780
RIO GRANDE DISTRICT
24 NOV 2015 PM  US POSTAGE $000.48
ZIP 78205
FIRST-CLASS MAIL
Neopost
11/24/2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio TX 98205

78205-3025

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 NOV 30 PM 2:30

Keith E. Hottle
KEITH E. HOTTLE, CLERK

Legal Mail